IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DESARAE KASTRUP, | ) | |
| | ) | CASE NO. 8:13-CV-0040 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| NEBRASKA HUMANE SOCIETY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Stipulation and Joint Motion for Dismissal with Prejudice. (Filing No. 9). The stipulation complies with the requirements of Federal Rule of Civil Procedure and the Court concludes that it should be approved. Each party to pay its own costs. Accordingly,

IT IS ORDERED

(1) The parties' Stipulation and Joint Motion for Dismissal with prejudice is approved;

(2) The Plaintiff's Complaint and all cause of action contained therein are dismissed; and

(3) Each party shall pay its own costs.

DATED:  April 11, 2013.

BY THE COURT,

s/ Joseph F. Bataillon
United States District Judge

Prepared and submitted by:

Ari D. Riekes, #23096
MARKS CLARE & RICHARDS, L.L.C.
11605 Miracle Hills Drive, #300
P.O. Box 542005
Omaha, NE  68154-8005
Tel:  402-492-9800
ariekes@mcrlawyers.com
Attorneys for Plaintiff